ROBERT L. FORKNER (CSB# 1066097)
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209) 544-0200
Fax:          (209) 544-1860

Attorneys for Defendant
JORGE VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CRF. No. CR-04-05327 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| | ) | |
| JORGE VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | / | |

Defendant, JORGE VALENCIA, hereby substitutes ROBERT L. FORKNER, with law offices at 722 Thirteenth Street, Modesto, California 95354 in place and stead of FRANCINE ZEPEDA, FEDERAL PUBLIC DEFENDER.

Dated: 6/6/05                    /s/ Jorge Valencia
                                 JORGE VALENCIA


Dated: 6/6/05                    /s/ Francine Zepeda
                                 FRANCINE ZEPEDA,
                                 FEDERAL PUBLIC DEFENDER


I ACCEPT THE ABOVE SUBSTITUTION

Dated:  6/6/05                   /s/ Preciliano Martinez for RLF
                                 ROBERT L. FORKNER
                                 Attorney at Law

IT IS SO ORDERED.

Dated:   June 9, 2005            /s/ Anthony W. Ishii
0m8i78                           UNITED STATES DISTRICT JUDGE