```
ROBERT L. FORKNER (CSB# 1066097)
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209) 544-0200
Fax:           (209) 544-1860

Attorneys for Defendant
JORGE VALENCIA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         )<br>                                       )<br>         Plaintiffs,                  )<br>                                       )<br>                                       )<br>                                       )<br>JORGE VALENCIA,                        )<br>                                       )<br>         Defendant.                   )<br>                                       )<br>_____/ | CRF. No. CR-04-05327<br><br>SUBSTITUTION OF ATTORNEY |

Defendant, JORGE VALENCIA, hereby substitutes ROBERT L. FORKNER, with law offices at 722 Thirteenth Street, Modesto, California 95354 in place and stead of FRANCINE ZEPEDA, FEDERAL PUBLIC DEFENDER.

Dated: 6/6/05                         /s/ Jorge Valencia
                                      JORGE VALENCIA


Dated: 6/6/05                         /s/ Francine Zepeda
                                      FRANCINE ZEPEDA,
                                      FEDERAL PUBLIC DEFENDER


I ACCEPT THE ABOVE SUBSTITUTION

Dated:  6/6/05                        /s/ Preciliano Martinez for RLF
                                      ROBERT L. FORKNER
                                      Attorney at Law

IT IS SO ORDERED.

**Dated:   June 9, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE