

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | No. CR-04-5327-AWI |
| vs. | ) | ORDER OF RELEASE |
| JORGE VALENCIA, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on April 30, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 4-30-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm